JODI LINKER
Federal Public Defender
Northern District of California
VARELL L. FULLER
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:           Varell_Fuller@fd.org

Counsel for Defendant BIAO QU

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA, | Case No.: 23-CR-00234 JEB |
|---|---|
| Plaintiff, | **NOTICE OF ATTORNEY APPEARANCE** |
| v. | |
| BIAO QU, | |
| Defendant. | |

PLEASE TAKE NOTICE that the Clerk is hereby asked to enter the appearance of Varell L. Fuller, Assistant Federal Public Defender, on behalf of the defendant. The Clerk is requested to include AFPD Varell L. Fuller on all e-filing notices for the above-captioned matter. Counsel's mailing address, telephone number, facsimile number and email address is listed above.

Dated:   July 19, 2023

Respectfully submitted,

JODI LINKER
Federal Public Defender

　　　　　　　　　/S/
VARELL L. FULLER
Assistant Federal Public Defender