IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>   v.<br><br>BIAO QU,<br><br>           Defendant. | Case No.: 23-CR-00234 JEB |

**<u>DEFENDANT'S UNOPPOSED MOTION TO CONTINUE STATUS HEARING</u>**

    Defendant Biao Qu, by and through counsel, respectfully submits this unopposed motion to continue the status hearing, currently scheduled before this Court on August 27, 2024, and to exclude time until the next hearing date.

    Government counsel assigned to this matter, AUSAs Alexandra Foster and Sonia Murphy, have indicated the Government does not oppose this request.

    This matter is currently scheduled for a status hearing on August 27, 2024, at 2:00 p.m. EST. Mr. Qu respectfully requests the Court issue an order continuing the matter for approximately 60-65 days, and set a status hearing for a date favorable to the Court from October 28-November 1, 2024. Mr. Qu further requests the time between August 22, 2024, and the next status hearing be excluded under the Speedy Trial Act.

    The parties continue to engage in settlement discussions and work toward a potential resolution. Moreover, the Government recently produced a new batch of general discovery, which the defense team has not yet fully reviewed, and the defense requires additional time to continue its research and investigation in this matter. For these reasons, Mr. Qu requests the status hearing be continued.

Mr. Qu further requests that the time between August 22, 2024, and the next status hearing be excluded under the Speedy Trial Act, in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Mr. Qu further submits that the ends of justice are served by granting this request and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED:   August 22, 2024                                Respectfully submitted,

                                                         JODI LINKER
                                                        Federal Public Defender

                                                        /S/
                                                        DEJAN M. GANTAR
                                                        VARELL L. FULLER
                                                        Assistant Federal Public Defenders
                                                        55 S. Market Street, Ste. 820
                                                        San Jose, CA 95113
                                                        Telephone: (408) 291-7753
                                                        Email: Dejan_Gantar@fd.org
                                                        Email: Varell_Fuller@fd.org