IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>BIAO QU,<br><br>        Defendant. | Case No.: 23-CR-00234 JEB |

## **DEFENDANT'S UNOPPOSED MOTION TO VACATE STATUS HEARING AND SCHEDULE CHANGE-OF-PLEA HEARING**

    Defendant Biao Qu, by and through counsel, respectfully submits this unopposed motion requesting the Court vacate the status hearing currently scheduled before this Court on October 28, 2024, and set a change-of-plea hearing date for the week of December 9, 2024.

    Government counsel assigned to this matter, AUSAs Alexandra Foster and Sonia Murphy, have indicated the Government does not oppose this request.

    This matter is currently scheduled for a status hearing on October 28, 2024. Mr. Qu respectfully requests the Court issue an order vacating the status hearing, and scheduling the matter for a change-of-plea hearing to a date favorable to the Court from December 9-12, 2024. Mr. Qu further requests the time between October 28, 2024, and the change-of-plea hearing date be excluded under the Speedy Trial Act.

    The parties have continued to engage in settlement discussions, and have made progress toward a resolution. The parties require additional time to continue those discussions, and work toward finalizing a plea agreement. To that end, the defense will require additional time to conduct research and investigation that will bear on said resolution, and further confer with Mr.

Qu regarding the resolution, which requires the presence of an interpreter. The parties anticipate that a plea agreement would be finalized and ready by the week of December 9, 2024. Undersigned defense counsel is currently scheduled to be out of the office, traveling for business, and then on personal leave, from November 18-27, 2024. For these reasons, Mr. Qu requests that a change-of-plea hearing be set for the week of December 9.

      Mr. Qu further requests that the time between October 28, 2024, and the change-of-plea hearing be excluded under the Speedy Trial Act, in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Mr. Qu further submits that the ends of justice are served by granting this request and outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

DATED:     October 22, 2024               Respectfully submitted,

                                                                                                 JODI LINKER
                                                                                Federal Public Defender

                                                                                /S/
                                                                        DEJAN M. GANTAR
                                                                        Assistant Federal Public Defender
                                                                        55 S. Market Street, Ste. 820
                                                                        San Jose, CA 95113
                                                                        Telephone: (408) 291-7753
                                                                        Email: Dejan_Gantar@fd.org