IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>BIAO QU,<br><br>　　　　　Defendant. | Case No.: 23-CR-00234 JEB |

**<u>DEFENDANT'S MOTION TO CONTINUE CHANGE-OF-PLEA HEARING</u>**

　　Defendant Biao Qu, by and through counsel, respectfully submits this motion to continue the plea agreement hearing date, currently scheduled before the Court for December 9, 2024.

　　Mr. Qu was initially charged, by way of criminal complaint, on June 21, 2023, with five misdemeanors: 18 U.S.C. § 1752(a)(1), Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority; 18 U.S.C. § 1752(a)(2), Disorderly and Disruptive Conduct in a Restricted Building or Grounds; 40 U.S.C. § 5104(e)(2)(C), Entering or Remaining in Certain Rooms of the Capitol Building; 40 U.S.C. § 5104(e)(2)(D), Disorderly Conduct in a Capitol Building or Grounds; and 40 U.S.C. § 5104(e)(2)(G), Parading, Demonstrating, or Picketing in a Capitol Building. *See* ECF 1.

　　On June 23, 2023, Mr. Qu was released on conditions, and has been on pretrial supervision since then, without issue.

　　Several months later, on February 28, 2024, the Government filed a superseding indictment charging Mr. Qu with three new felonies, 18 U.S.C. § 231(a)(3), Civil Disorder; 18

1

U.S.C. § 1512(c)(2), Obstruction of an Official Proceeding; and 18 U.S.C. § 111(a)(1), Assaulting, Resisting, or Impeding Certain Officers.[1] *See* ECF 25.

On October 23, 2024, this Court granted Mr. Qu's unopposed motion to schedule the instant matter for a change-of-plea hearing.

On November 6, 2024, Donald Trump was declared the winner of the presidential election. President-elect Trump, who played an integral role in the events of January 6, 2021, has stated publicly and repeatedly, his intent to pardon January 6 protestors in the event he won the presidency.

In light of Donald Trump's public statements regarding pardons, and the real possibility that the incoming administration may take a fundamentally different—and more favorable— approach to Mr. Qu's case, Mr. Qu respectfully requests the Court continue the matter, and set a status conference to a date in February, 2025.

Counsel for Mr. Qu respectfully brings this motion in the interest of justice, and to provide effective assistance of counsel on behalf of his client. The fundamental unfairness that may arise from Mr. Qu's conviction at this stage is particularly acute in this case, where Mr. Qu (1) was originally charged with misdemeanors, and then subsequently indicted on felonies; (2) faces potentially severe immigration consequences as a result of pleading guilty to a felony; and (3) is not alleged to have committed crimes of violence on January 6, 2021.

Mr. Qu further requests that the time between December 9, 2024, and the next hearing date be excluded under the Speedy Trial Act. *See* 18 U.S.C. § 3161(h)(7)(A) & (B)(iv).

Alternatively, if the Court does not find good cause to continue the matter for the reasons set forth above, Mr. Qu respectfully requests the Court issue an order converting the December 9, 2024 change-of-plea hearing to a status conference, and allow the parties to appear via VTC, as Mr. Qu will not be prepared to enter a change of plea on that date.

---

[1] The indictment also alleged an additional misdemeanor, 18 U.S.C. § 1752(a)(3), Impeding Ingress and Egress in a Restricted Building or Grounds, and dropped the section 5104(e)(2)(C) misdemeanor.

DATED:     November 21, 2024            Respectfully submitted,

                                              JODI LINKER
                                              Federal Public Defender

                                                /S/
                                              DEJAN M. GANTAR
                                              Assistant Federal Public Defender
                                              55 S. Market Street, Ste. 820
                                              San Jose, CA 95113
                                              Telephone: (408) 291-7753
                                              Email: Dejan_Gantar@fd.org