## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 23-CR-00234** |
| | **:** | |
| **BIAO QU,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## RESPONSE TO DEFENDANT'S MOTION TO CONTINUE CHANGE OF PLEA HEARING

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, hereby responds to Defendant Biao Qu's motion to continue his change of plea hearing, ECF 33. Defendant hinges his arguments on Donald Trump's re-election. Although every defendant can decide whether and when to plead guilty, President Trump's re-election should have no effect on the timeline in this case. Accordingly, the government does not object to changing the December 9, 2024 hearing to a status hearing and making it virtual, but the government does oppose the request for a continuance through February 2025. The government will be asking the Court to schedule a trial date at the upcoming hearing.

Respectfully submitted,

MATTHEW M. GRAVES
UNITED STATES ATTORNEY
D.C. Bar Number 481052

By:    */s/Alexandra F. Foster*
ALEXANDRA F. FOSTER
Assistant United States Attorney
D.C. Bar No. 470096
Detailed to the D.C. U.S. Attorney's Office
Washington, DC  20530
Alexandra.Foster@usdoj.gov
(619) 546-6735