UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 1:23-cr-234 (JEB) |
| | : | |
| **BIAO QU,** | : | |
| | : | |
| **Defendant.** | : | |

## MOTION TO DISMISS COUNT TWO OF THE SUPERSEDING INDICTMENT

The United States of America, by and through undersigned counsel, respectfully moves this Court, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count Two of the Superseding Indictment (ECF No. 25), charging the defendant with Obstruction of an Official Proceeding and Aiding and Abetting, in violation of 18 U.S.C. § 1512(c)(2) and 2.  The government makes this motion in the interest of justice and in order to clarify and simplify the issues to be resolved at the defendant's trial, which is scheduled for March 31, 2025. *See* 12/09/2024 Minute Order.

//

//

//

//

//

//

//

//

Dismissal of Count Two does not require a continuance of the trial date. With almost one month to the motions deadline and nearly three months to trial, the parties should have sufficient time to prepare their trial arguments and evidence. Indeed, the arguments at trial will only be simplified without Count Two. The nature of the conduct has not changed, and the relevant evidence at trial remains fundamentally the same. In the interests of justice, to bring finality to a case that has been pending since June 2023, the government submits that the trial should proceed as scheduled on March 31, 2025.

        Respectfully submitted,

        MATTHEW M. GRAVES
        United States Attorney
        D.C. Bar No. 481052

By:   */s/ Alexandra F. Foster*
        ALEXANDRA F. FOSTER
        D.C. Bar No. 470096
        Assistant United States Attorney
        Detailed to the D.C. USAO:
        601 D Street, N.W.
        Washington, D.C. 20579
        Alexandra.Foster@usdoj.gov
        (619) 546-6735