IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BIAO QU,<br><br>　　　　Defendant. | Case No.: 23-CR-00234 JEB |

## DEFENDANT'S STATEMENT OF NON-OPPOSITION

Defendant Biao Qu, by and through counsel, hereby states his non-opposition to the Government's motion to dismiss with prejudice. *See* ECF 37.

DATED:　January 22, 2025

Respectfully submitted,

JODI LINKER
Federal Public Defender

　/S/
DEJAN M. GANTAR
Assistant Federal Public Defender
55 S. Market Street, Ste. 820
San Jose, CA 95113
Telephone: (408) 291-7753
Email: Dejan_Gantar@fd.org

1