UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Case No. 23-cr-00234-JEB |
| BIAO QU, | : |
| Defendant. | : |

### ORDER

Pursuant to the motion to dismiss filed by the United States, it is hereby ordered that the Motion to Dismiss the Indictment pursuant to Rule 48(a) with prejudice is GRANTED.

**SO ORDERED** this 23rd day of January, 2025.

_____
HONORABLE JAMES E. BOASBERG
United States District Court Chief Judge